defendant's contention that an indictment charging him with the offense of intimidation was void for failure to allege that his conduct was "without legal justification." "Legal justification" and "authority," as involved in *Harvey, Woodward,* and *Gallo,* and "consent" as involved in this appeal, are all matters of exoneration or defense.

Under these principles, defendant's position that the complaint charging him with arson is void for failure to allege want of consent is untenable. Accordingly, his conviction is affirmed.

Judgment affirmed.

EBERSPACHER and CARTER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* CLYDE JOHNSON, Petitioner-Appellant.

(No. 73-417;

Fifth District—September 13, 1974.

Michael J. Rosborough, of State Appellate Defender's Office, of Mt. Vernon, for appellant.

Robert H. Rice, State's Attorney, of Belleville, for the People.